Knights of the Ku Klux Klan, appellee, v. Edgar F. Bradford, appellant. Gen. No. 29,759.

Replevin for liberty bonds. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Charles Schaeffer, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Reversed. Opinion filed October 29, 1925.

T. Fred Laramie, for appellant. No appearance for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

C. W. Meath, appellee, v. City of Chicago et al., appellants. Gen. No. 30,351.

Bill for injunction to restrain interference with remodeling of building. Temporary injunction awarded. Appeal from interlocutory order of injunction of the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1925. Reversed. Opinion filed November 4, 1925.

Francis X. Busch, William L. Sullivan, Barnet Hodes and Thomas J. Sheehan, for appellants; Daniel V. Gallery, of counsel. No appearance for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

A. A. Worsley and William J. Roach, conservators of the person and estate of Emma Swigart, insane person, appellants, v. Ena Welch, appellee.

In re petition of Ena Welch, in estate of Charles F. Swigart, deceased, to set aside finding of heirship. Gen. No. 30,298.

Petition to set aside finding of heirship. Judgment for petitioner. Appeal from the Circuit Court of Cook county; the Hon. Walter Brewer, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Reversed with a finding of facts. Opinion filed November 12, 1925. Originally filed October 28, 1925.

Fisher, Boyden, Kales & Bell, for appellants; Walter L. Fisher, Thomas L. Marshall, Joseph E. Winterbotham and John F. Vogt, of counsel. Charles J. Trainor and John J. Coburn, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.